Peter W. Sothman and Fritz P. Mansbendel, Appellants, v. William G. Rockefeller, Defendant, Impleaded with The Standard Gas Power Corporation and Henry M. ·Ward, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Peter W. Sothman and Fritz P. Mansbendel, Appellants, v. Henry M. Ward, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present —Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Banco di Roma, Appellant, v. Louis J. Scaramelli, Doing Business under the Firm Name and Style of Scaramelli & Company, Respondent. Francis Gilbert, as Assignee, etc., of A..Bolognesi & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Saffe Albert and Others, Appellants, v. Alfred Freund and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissented, being of opinion that only one cause of action is alleged to recover two items of damage for a breach of the same contract.

Waldemar Eitingon, as Trustee, etc., Appellant, v. Williamsburgh City Fire Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Allen H. Stem, Individually and as Surviving Partner, etc., Respondent, v. Whitney Warren and Others, Impleaded with Charles D. Wetmore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The William H. Geer Company, Respondent, v. J. W. Matthews & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Etta Slemo, Respondent, v. John Slemo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rosario Presimone, Respondent, v. William Flanagan, Defendant, Impleaded with Rocco Scocco, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.